Lemm (Edith), Respondent, vs. Hartzheim, Appellant, Lemm (Walter), Impleaded Defendant and Respondent.

For the appellant: *Hannan, Johnson & Goldschmidt,* attorneys, and *Martin R. Paulsen* of counsel, all of Milwaukee.

For the respondent: *Seth W. Pollard,* attorney, and *C. F. Mikkelson* of counsel, both of Milwaukee.

For the impleaded defendant: *B. J. Husting* of Mayville.

*By the Court.*—Judgment affirmed.

J. W. Damp and Sons Hardware Company, Respondent, vs. La Varnway, Appellant.

For the appellant: *John P. Retzer* of Milwaukee.

For the respondent: *Nohl, Nohl, Petrie & Blume* of Milwaukee.

*By the Court.*—Judgment affirmed.

*March 7, 1933.*

Jacobitz, Respondent, vs. Braatz, Appellant.

For the appellant: *Rouiller & Dougherty* of Milwaukee.

For the respondent: *L. J. Fellenz* of Fond du Lac.

*By the Court.*—Judgment affirmed.